**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | James Scott Lee |
| | aka James S. Lee |
| Debtor 2 (Spouse, if filing) | Donna Gail Lee |
| | aka Donna G. Lee |
| United States Bankruptcy Court for the: | District of South Carolina (State) |
| Case number | 19-02403-JW |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor:** | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM3 |
| **Court claim no.** (if known): | 12-1 |
| **Last four digits** of any number you use to identify the debtor's account: | 8163 |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____.

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees) | | (2) | |
| 3. | Attorney fees | | (3) | |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | Proof of Claim | 07/11/2019 | (5) $350.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation. Specify: | | (10) | |
| 11. | Other. Specify: | Plan Review Fee | 06/28/2019 | (11) $300.00 |
| 12. | Other. Specify: | | (12) | |
| 13. | Other. Specify: | | (13) | |
| 14. | Other. Specify: | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | (15) | $650.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    7768-N-0766

Debtor 1     James Scott Lee     Case Number (if known)    19-02403-JW
       First Name    Middle Name    Last Name

**Part 2:**  **Sign Here**

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐   I am the creditor.

☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Mukta Suri
Signature

Date    10/01/2019

Print    Mukta Suri
      First Name    Middle Name    Last Name

Title    Authorized Agent for NewRez LLC d/b/a Shellpoint Mortgage Servicing

Company    Bonial & Associates, P.C.

Address    14841 Dallas Parkway, Suite 425
       Number    Street

Dallas, Texas 75254
City    State    ZIP Code

Contact phone    (972) 643-6600    Email    POCInquiries@BonialPC.com

**CERTIFICATE OF SERVICE OF NOTICE OF POST PETITION MORTGAGE, FEES, EXPENSES AND CHARGES**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before October 2, 2019 via electronic notice unless otherwise stated.

**Debtor** *Via U.S. Mail*
James Scott Lee
766 Broad River Blvd
Beaufort, SC 29906

**Debtor** *Via U.S. Mail*
Donna Gail Lee
766 Broad River Blvd
Beaufort, SC 29906

**Debtors' Attorney**
Michael Glen Matthews
Attorney At Law
2015 Boundary St Ste 319
Beaufort, SC  29902

**Chapter 13 Trustee**
James M. Wyman
P.O. Box 997
Mount Pleasant, SC  29465-0997

Respectfully Submitted,

/s/ **Mukta Suri**